UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FLAHERTY, | No. 1:20-cv-00316-DAD-SKO |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| BOHN PROPERTIES, INC., TODD BOHN, iHOUSEweb, Inc., | (Doc. 6) |
| Defendants. | |

On April 8, 2020, Plaintiff filed a "Notice of Dismissal of Defendants Bohn Properties, Inc., Todd Bohn, and iHOUSEweb, Inc. With Prejudie [sic] pursuant to FRCP 41(a)(1)(A)(i)," in which Plaintiff requests that the case be dismissed with prejudice. (Doc. 12.) The body of the notice similarly states that the dismissal is with prejudice, and this notice follows a notice of settlement filed on March 30, 2020. (*Id.* at 1; *see* Doc. 4.) Plaintiff filed this notice before any of the three defendants served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **April 8, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE